## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, I caused the foregoing Request and Motion of the Defendant, Federal Deposit Insurance Corporation, As Receiver For Progress Bank of Florida, For an Immediate Stay of Proceedings Pending Exhaustion of Administrative Remedies and Memorandum of Law in Support, to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document on Lee D. Rosenfeld, Esquire, counsel for Plaintiff, and that on the same date I caused a paper copy to be served on counsel for all other parties to this action by First Class Mail as follows:

| | |
|---|---|
| Susan J. Wiener, Esquire<br>Law Offices of James L. Barlow<br>900 E. 8th Avenue, Suite 301<br>King of Prussia, PA 19406 | Thomas Gleason, Jr.<br>66 Springton Road<br>Upper Darby, PA  19082 |
| Jeffrey Crooks<br>6708 Dicks Avenue<br>Philadelphia, PA 19142 | Mary Gleason<br>66 Springton Road<br>Upper Darby, PA  19082 |
| Mary Crooks<br>6708 Dicks Avenue<br>Philadelphia, PA 19142 | Pauline J. Manos, Deputy City Solicitor<br>City of Philadelphia Law Department<br>One Parkway<br>1515 Arch Street, 14th Floor<br>Philadelphia, PA 19102 |
| Michael J. Dempsey, Esquire<br>Marshall, Dennehey, Warner, Coleman & Googin<br>620 Freedom Business Center, Suite 300<br>King of Prussia, PA 19406 | |

    s/ Lisa B. Wershaw  
    Lisa B. Wershaw