UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCES JOYCE | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| RICHARD DEVASTEY | : |
| AND | : |
| JEFFREY CROOKS | : |
| AND | : |
| MARY CROOKS | : |
| AND | : |
| THOMAS GLEASON, JR. | : |
| AND | : |
| MARY GLEASON | : |
| AND | : |
| PROGRESS BANK OF FLORIDA, C/O FDIC AS | : |
| RECEIVER PROGRESS BANK | : |
| AND | : |
| CITY OF PHILADELPHIA | : |
| | : |
| V. | : |
| | : |
| MANGO & AUGUST, INC. | : |
| | : |
| Defendant. | : NO. 12-CV-834 |

ENTRY OF APPEARANCE

TO THE PROTHONOTARY

    Kindly enter my appearance on behalf of defendant, Richard Devasety in the above captioned matter.

LAW OFFICES OF JAMES L. BARLOW

_____
SUSAN J. WIENER, ESQUIRE
Attorney for Defendant
Richard Devasety
