IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS JOYCE | : | CIVIL ACTION |
| v. | : | |
| RICHARD DEVASTEY | : | Case No.: 2:12-cv-00834-LS |
| JEFFREY CROOKS; | | |
| MARY CROOKS; | : | |
| THOMAS GLEASON, JR.; | : | |
| MARY GLEASON; | : | |
| CITY OF PHILADELPHIA; | | |
| PROGRESS BANK OF FLORIDA; | : | |
| v. | | |
| BERNARD AUGUST, Ind. And | : | |
| t/a MARISA MANGO REAL ESTATE | : | |
| Additional Defendant | : | |

## ENTRY OF APPEARANCE AND JURY TRIAL DEMAND

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance for the Additional Defendants Bernard August, Inc. and t/a Marisa Mango Real Estate, in the above captioned matter.

By: _____
MICHAEL J. DEMPSEY, ESQ.
**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOOGIN**
IDENTIFICTION NO.: 34454
620 FREEDOM BUSINESS CENTER
SUITE 300
KING OF PRUSSIA, PA 19406
(610) 354-8498
(610) 354-8299 (FAX)
mjdempsey@mdwcg.com

26/1938963.v1