APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS JOYCE | : |
| V. | : Civil Action |
| RICHARD DEVASTEY, et al | : No: 2:12-CV-00834-LA |

DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, Mango and August, Inc. , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

5-1-2012                         Michael J Dempsey
Date                             Signature

Counsel for:   Additional Defendant, Mango & August, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)   WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

        (2)   states that there is no such corporation.

    (b)   TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)   promptly file a supplemental statement if any required information changes.