IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS JOYCE | : | CIVIL ACTION |
| v. | : | |
| RICHARD DEVASTEY, et al | : | Case No.: 2:12-cv-00834-LS |

## CERTIFICATE OF SERVICE

TO THE CLERK OF THE COURT:

I, the undersigned, hereby certify that I did cause to be mailed, via U.S. First Class Mail, Postage Prepaid, a true and correct copy of the Disclosure Statement Form (Federal Rule of Civil Procedure 7.1) to those listed on Exhibit A, attached hereo.

By: *Michael J. Dempsey, Esquire*
MICHAEL J. DEMPSEY, ESQUIRE
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
620 FREEDOM BUSINESS CENTER
SUITE 300
KING OF PRUSSIA, PA  19406
I.D. 34454
(610) 354-8498
(610) 354-8499 (FAX)
mjdempsey@mdwcg.com

**EXHIBIT "A"**

May 1, 2012

Lee D. Rosenfeld, Esq.
MESSA & ASSOCIATES, P.C.
123 South 22nd Street
Philadelphia, PA  19103

Susan J. Wiener, Esq.
LAW OFFICES OF JAMES L. BARLOW
900 E. 8th Avenue
Suite 301
King of Prussia, PA 19406

Pauline J. Manos, Esq.
CITY OF PHILADELPHIA
1515 Arch Street
14th Floor
Philadelphia, PA  19102

Jeffrey S. Saltz, Esquire
Lisa B. Wershaw, Esquire
LAW OFFICE OF JEFFREY S. SALTZ, P.C.
Two Penn Center Plaza, Suite 1930
1500  John F. Kennedy Boulevard
Philadelphia, PA  19102

Jeffrey Crooks
6708 Dicks Avenue
Philadelphia, PA 19142

Mary Crooks
6708 Dicks Avenue
Philadelphia, PA 19142

Thomas Gleason, Jr.
66 Springton Road
Upper Darby, PA  19082

Mary Gleason
66 Springton Road
Upper Darby, PA 19082

RE:    JOYCE v. DEVASTEY, et al
         CCPP June Term 2011, No. 0031
         Our File No.: 21257-00718

Dear Counsel and Unrepresented Parties:

    Enclosed herewith please find a true and correct copy of the Disclosure Statement filed of record with the Court, on behalf of Mango and August, Inc., in the above captioned matter this date.

                              Sincerely,

                              *Michael J. Dempsey*

                              Michael J. Dempsey

MJD;kmd
Enclosure

26/1945606.v1