IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS JOYCE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD DEVASTEY, ET AL., | : | |
| Defendants. | : | NO.: 12-00834 |

## ORDER

    **AND NOW,** this 27th day of August, 2012, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

        []   -   Order staying these proceedings pending disposition of a related action.

        [x]   -   Order staying these proceedings pending determination of arbitration proceedings.

        []   -   Interlocutory appeal filed

        []   -   Other:

it is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation, and it is

    **FURTHER ORDERED** that counsel are directed to submit a brief status report every 180 days.

                                               **BY THE COURT:**

                                               /s/ Lawrence F. Stengel
                                               LAWRENCE F. STENGEL,  J