IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS JOYCE<br><br>　　　　　　Plaintiff<br>　　v.<br><br>RICHARD DEVASTEY, et al.<br><br>　　　　　　Defendants | CIVIL ACTION<br><br>No. 12-0834 |

## MOTION TO DISMISS OF DEFENDANT
## FEDERAL DEPOSIT INSURANCE CORPORATION,
## AS RECEIVER FOR PROGRESS BANK OF FLORIDA

Defendant Federal Deposit Insurance Corporation ("FDIC") as Receiver for Progress Bank of Florida ("FDIC-R"), by counsel, moves the Court to dismiss all claims against it, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) and the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 ("FIRREA"), codified as amended in the Federal Deposit Insurance Act, 12 U.S.C. § 1821(d).  In support of this motion, FDIC-R relies on the Memorandum of Law in Support of this Motion, which is submitted herewith.

　　　　　　　　　　　　　　　　　　　　　 s/Lisa B. Wershaw
　　　　　　　　　　　　　　　　　　　　Jeffrey S. Saltz
　　　　　　　　　　　　　　　　　　　　Lisa B. Wershaw
　　　　　　　　　　　　　　　　　　　　PA Bar I.D. Nos. 29057; 41630
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Federal Deposit Insurance Corporation, as Receiver
　　　　　　　　　　　　　　　　　　　　for Progress Bank of Florida

LAW OFFICE OF JEFFREY S. SALTZ, P.C.
Two Penn Center Plaza, Suite 1930
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 523-5317