FDIC
**Federal Deposit Insurance Corporation**
7777 Baymeadows Way W Jacksonville, FL 32256 Division of Resolutions and Receiverships

**August 14, 2012**

**USPS CERTIFIED MAIL: 7010 3090 0000 7725 7277**
**RETURN RECEIPT REQUESTED**

**RICHARD DEVASTEY**
**C/O SUSAN J. WIENER, ESQ.**
**LAW OFFICES OF JAMES L. BARLOW**
**900 EAST 8TH AVENUE, SUITE 301**
**KING OF PRUSSIA, PA 19406**

SUBJECT: **10303 – Progress Bank of Florida**
**Tampa, FL** – In Receivership
Claimant ID: **NS1030300354**

**NOTICE TO CLAIMANT – REJECTION OF REQUEST TO FILE CLAIM AFTER BAR DATE AND DISALLOWANCE OF CLAIM AS UNTIMELY FILED**

Dear Claimant:

As you are aware, on **October 22, 2010**, **Progress Bank of Florida Tampa, FL** was closed by the Office of the **Florida Office of Financial Regulation** and the Federal Deposit Insurance Corporation (FDIC) was appointed **Receiver**.

By published notice, the Receiver established **January 26, 2011** as the last date for filing claims (the "Bar Date"). Under applicable law, **the Receiver must disallow claims which are not filed by the bar date**, **except** the receiver may consider a claim filed after the bar date if it is shown that the claimant did not receive notice of the appointment of the receiver in time to file such claim before the bar date, and such claim is filed in time to permit payment of the claim.

It is within the discretion of the Receiver whether to consider claims which are filed after the bar date.

The Receiver has received, after the bar date, your Proof of Claim and request for a late-filed exception to the bar date. The receiver rejects your request to file a claim after the bar date as your request does not establish that you did not have notice of the appointment of the receiver in time to file your claim by the bar date. Accordingly, you claim is **DISALLOWED** as untimely filed. Such determination is final 12 U.S.C. 1821(d)(5)(C)(i), and your failure to timely file a claim by the bar date precludes any further proceedings, rights or remedies on your claim.

The statutory provisions governing this claims process are found in section 1821(d)(3)-(13) of Title 12 of the United States Code.

Sincerely,

Suzanne Janolino
**CLAIMS AGENT**
Claims Department

FDIC
Federal Deposit Insurance Corporation
7777 Baymeadows Way W Jacksonville, FL 32256 Division of Resolutions and Receiverships

August 14, 2012

**USPS CERTIFIED MAIL: 7010 3090 0000 7725 7277**
**RETURN RECEIPT REQUESTED**

**RICHARD DEVASTEY**
**C/O SUSAN J. WIENER, ESQ.**
**LAW OFFICES OF JAMES L. BARLOW**
**900 EAST 8TH AVENUE, SUITE 301**
**KING OF PRUSSIA, PA 19406**

SUBJECT: **10303 – Progress Bank of Florida**
**Tampa, FL** – In Receivership
Claimant ID: **NS1030300354**

**NOTICE TO CLAIMANT – REJECTION OF RE**
**DATE AND DISALLOWANCE OF CLAIM AS U**

7010 3090 0000 7725 7277

Dear Claimant:

As you are aware, on **October 22, 2010**, **Progress Bank of Flo** of the **Florida Office of Financial Regulation** and the Federal [ was appointed **Receiver**.

By published notice, the Receiver established **January 26, 2011** Date"). Under applicable law, **the Receiver must disallow clai** **except** the receiver may consider a claim filed after the bar date receive notice of the appointment of the receiver in time to file su claim is filed in time to permit payment of the claim.

It is within the discretion of the Receiver whether to consider clai

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE
Mailed by the FDIC
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
AUG 14 2012
Claims Department
Postmark Here
Mailed by the FDIC
Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4
RICHARD DEVASTEY
C/O SUSAN J. WIENER, ESQ.
LAW OFFICES OF JAMES L. BARLOW
900 EAST 8TH AVENUE, SUITE 301
KING OF PRUSSIA, PA 19406
PS Form 3800, August 2006 See Reverse for Instructions

The Receiver has received, after the bar date, your Proof of Claim and request for a late-filed exception to the bar date. The receiver rejects your request to file a claim after the bar date as your request does not establish that you did not have notice of the appointment of the receiver in time to file your claim by the bar date. Accordingly, you claim is **DISALLOWED** as untimely filed. Such determination is final 12 U.S.C. 1821(d)(5)(C)(i), and your failure to timely file a claim by the bar date precludes any further proceedings, rights or remedies on your claim.

The statutory provisions governing this claims process are found in section 1821(d)(3)-(13) of Title 12 of the United States Code.

Sincerely,

Suzanne Janolino
**CLAIMS AGENT**
Claims Department

FDIC

**Federal Deposit Insurance Corporation**
7777 Baymeadows Way W Jacksonville, FL 32256 Division of Resolutions and Receiverships

**August 06, 2012**

**USPS CERTIFIED MAIL: 7010 3090 0000 7725 7239**
**RETURN RECEIPT REQUESTED**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***
**For delivery information visit our website at www.usps.com®**

OFFICIAL USE

Mailed by the FDIC on AUG 07 2012 Claims Department

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage
Postmark Here

Sent To / Street, Apt. or PO Box / City, State:
CITY OF PHILADELPHIA
C/O PAULINE J. MANOS, ESQ., DEPUTY CITY SOLICITOR
1515 ARCH STREET, 14TH FLOOR
CITY OF PHILADELPHIA LAW DEPARTMENT
PHILADELPHIA, PA 19102
(10303 PROGRESS BANK)

7010 3090 0000 7725 7239

PS Form 3800, August 2006 See Reverse for Instructions

**CITY OF PHILADELPHIA**
**C/O PAULINE J. MANOS, ESQ., DEPUTY CITY SOLICITOR**
**1515 ARCH STREET, 14TH FLOOR**
**CITY OF PHILADELPHIA LAW DEPARTMENT**
**PHILADELPHIA, PA 19102**

SUBJECT: **10303 – Progress Bank of Florida**
**Tampa, FL** – In Receivership
Claimant ID: **NS1030300353**

**NOTICE TO CLAIMANT – REJECTION OF REQUEST TO FILE CLAIM AFTER BAR DATE AND DISALLOWANCE OF CLAIM AS UNTIMELY FILED**

Dear Claimant:

As you are aware, on **October 22, 2010**, **Progress Bank of Florida Tampa, FL** was closed by the Office of the **Florida Office of Financial Regulation** and the Federal Deposit Insurance Corporation (FDIC) was appointed **Receiver**.

By published notice, the Receiver established **January 26, 2011** as the last date for filing claims (the "Bar Date"). Under applicable law, **the Receiver must disallow claims which are not filed by the bar date,** **except** the receiver may consider a claim filed after the bar date if it is shown that the claimant did not receive notice of the appointment of the receiver in time to file such claim before the bar date, and such claim is filed in time to permit payment of the claim.

It is within the discretion of the Receiver whether to consider claims which are filed after the bar date.

The Receiver has received, after the bar date, your Proof of Claim and request for a late-filed exception to the bar date. The receiver rejects your request to file a claim after the bar date as your request does not establish that you did not have notice of the appointment of the receiver in time to file your claim by the bar date. Accordingly, you claim is **DISALLOWED** as untimely filed. Such determination is final 12 U.S.C. 1821(d)(5)(C)(i), and your failure to timely file a claim by the bar date precludes any further proceedings, rights or remedies on your claim.

The statutory provisions governing this claims process are found in section 1821(d)(3)-(13) of Title 12 of the United States Code.

Sincerely,

Suzanne Janolino
**CLAIMS AGENT**
Claims Department

FDIC
**Federal Deposit Insurance Corporation**
7777 Baymeadows Way W Jacksonville, FL 32256
Division of Resolutions and Receiverships

**August 14, 2012**

**USPS CERTIFIED MAIL: 7010 3090 0000 7725 7284**
**RETURN RECEIPT REQUESTED**

**BERNARD AUGUST, IND. AND T/A MARISA MANGO REAL ESTATE**
**C/O MICHAEL J. DEMPSEY, ESQ.**
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.**
**620 FREEDOM BUSINESS CENTER, SUITE 300**
**KING OF PRUSSIA, PA 19406**

SUBJECT: **10303 – Progress Bank of Florida**
**Tampa, FL** – In Receivership
Claimant ID: **NS1030300355**

**NOTICE TO CLAIMANT – REJECTION OF REQUEST TO FILE CLAIM AFTER BAR DATE AND DISALLOWANCE OF CLAIM AS UNTIMELY FILED**

Dear Claimant:

As you are aware, on **October 22, 2010**, **Progress Bank of Florida Tampa, FL** was closed by the Office of the **Florida Office of Financial Regulation** and the Federal Deposit Insurance Corporation (FDIC) was appointed **Receiver**.

By published notice, the Receiver established **January 26, 2011** as the last date for filing claims (the "Bar Date"). Under applicable law, **the Receiver must disallow claims which are not filed by the bar date**, **except** the receiver may consider a claim filed after the bar date if it is shown that the claimant did not receive notice of the appointment of the receiver in time to file such claim before the bar date, and such claim is filed in time to permit payment of the claim.

It is within the discretion of the Receiver whether to consider claims which are filed after the bar date.

The Receiver has received, after the bar date, your Proof of Claim and request for a late-filed exception to the bar date. The receiver rejects your request to file a claim after the bar date as your request does not establish that you did not have notice of the appointment of the receiver in time to file your claim by the bar date. Accordingly, you claim is **DISALLOWED** as untimely filed. Such determination is final 12 U.S.C. 1821(d)(5)(C)(i), and your failure to timely file a claim by the bar date precludes any further proceedings, rights or remedies on your claim.

The statutory provisions governing this claims process are found in section 1821(d)(3)-(13) of Title 12 of the United States Code.

Sincerely,

Suzanne Janolino
**CLAIMS AGENT**
Claims Department

FDIC
Federal Deposit Insurance Corporation
7777 Baymeadows Way W Jacksonville, FL 32256 Division of Resolutions and Receiverships

**August 14, 2012**

**USPS CERTIFIED MAIL: 7010 3090 0000 7725 7284**
**RETURN RECEIPT REQUESTED**

**BERNARD AUGUST, IND. AND T/A MARISA MANGO REAL ESTATE**
**C/O MICHAEL J. DEMPSEY, ESQ.**
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.**
**620 FREEDOM BUSINESS CENTER, SUITE 300**
**KING OF PRUSSIA, PA 19406**

SUBJECT: **10303 – Progress Bank of Florida**
**Tampa, FL** – In Receivership
Claimant ID: **NS1030300355**

**NOTICE TO CLAIMANT – REJECTION OF REQUEST TO FILE CLAIM AFTER BAR DATE AND DISALLOWANCE OF CLAIM AS UNTIMELY FILED**

Dear Claimant:

As you are aware, on **October 22, 2010**, **Progress Bank of Florida Tampa, FL** was closed by the Office of the **Florida Office of Financial Regulation** and the Federal Deposit Insurance Corporation (FDIC) was appointed **Receiver**.

By published notice, the Receiver established **January 26, 2011** as the last date for filing claims (the "Bar Date"). Under applicable law, **the Receiver must disallow claims which are not filed by the bar date**, **except** the receiver may consider a claim filed after the bar date if it is shown that the claimant did not receive notice of the appointment of the receiver in time to file su claim is filed in time to permit payment of the claim.

It is within the discretion of the Receiver whether to consider cla

The Receiver has received, after the bar date, your Proof of Clai the bar date. The receiver rejects your request to file a claim aft establish that you did not have notice of the appointment of the r bar date. Accordingly, you claim is **DISALLOWED** as untimely f U.S.C. 1821(d)(5)(C)(i), and your failure to timely file a claim by proceedings, rights or remedies on your claim.

The statutory provisions governing this claims process are founc the United States Code.

7010 3090 0000 7725 7284

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE
Mailed by the FDIC on
Postage $
Certified Fee AUG 14 2012
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Claims Department
Postmark Here
BERNARD AUGUST, IND. AND T/A MARISA MANGO REAL ESTATE
C/O MICHAEL J. DEMPSEY, ESQ.
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.
620 FREEDOM BUSINESS CENTER, SUITE 300
KING OF PRUSSIA, PA 19406
See Reverse for Instructions

Sincer

Suzanne Janolino
**CLAIMS AGENT**
Claims Department