IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS JOYCE<br><br>　　　　　　Plaintiff<br>　　v.<br><br>RICHARD DEVASTEY, et al.<br><br>　　　　　　Defendants | CIVIL ACTION<br><br>No. 12-0834 |

**ORDER**

AND NOW, this _____ day of _____, 2012, upon consideration of the Motion to Dismiss of Defendant Federal Deposit Insurance Corporation, as Receiver for Progress Bank of Florida ("FDIC-R"), it is hereby ORDERED that the Motion is GRANTED.  All claims submitted against the FDIC-R are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.