## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2012, I caused the foregoing Motion to Dismiss of the Defendant, Federal Deposit Insurance Corporation, As Receiver For Progress Bank of Florida, and Memorandum of Law in Support, to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document on Lee D. Rosenfeld, Esquire, counsel for Plaintiff, Susan J. Wiener, Esquire, counsel for Defendant Devastey, Pauline J. Manos, Esquire, counsel for Defendant City of Philadelphia, and Michael J. Dempsey, Esquire, counsel for Defendant Mango & August, and that on the same date I caused a paper copy to be served on all other parties to this action by First Class Mail as follows:

| | |
|---|---|
| Jeffrey Crooks | Thomas Gleason, Jr. |
| 6708 Dicks Avenue | 66 Springton Road |
| Philadelphia, PA 19142 | Upper Darby, PA  19082 |
| | |
| Mary Crooks | Mary Gleason |
| 6708 Dicks Avenue | 66 Springton Road |
| Philadelphia, PA 19142 | Upper Darby, PA  19082 |

  s/ Lisa B. Wershaw
Lisa B. Wershaw