EXHIBIT "B"

**620 Freedom Business Center, Suite 300 · King of Prussia, PA 19406**
**(610) 354-8250 · Fax (610) 354-8299**

**Direct Dial: 610-354-8498**
**Email: mjdempsey@mdwcg.com**

August 23, 2012

**BY CERTIFIED MAIL**

Federal Deposit Insurance Corporation
Attention: Suzanne Janolino
7777 Baymeadows Way West
Jacksonville, FL 32256

RE:   10303-Progress Bank of Florida
      Tampa, FL – In Receivership
      Claimant I.D.: NS1030300355
      Our File No.: 21257-00718

Dear Ms. Janolino:

  Our office represents Mango and August, Inc. in the above noted matter. I am in receipt of your letter dated August 14, 2012, disallowing the claim made by Bernard August, Inc., Individually and t/a Marisa Mango Real Estate, as not being filed prior to the Bar Date of January 26, 2011. Respectfully, I am asking that you reconsider your decision to disallow this claim for the following reasons:

  1. My client, Bernard August, Individually and t/a Marisa Mango Real Estate, did not receive notice of the appointment of the Receiver in time to file this claim before the Bar Date of January 26, 2011. Specifically, my client, Bernard August, Individually and t/a Marisa Mango Real Estate, was not brought into the lawsuit until a Joinder Complaint was filed against it on December 21, 2011. Enclosed please find a copy of the Joinder Complaint in that regard, which was previously supplied to you.

  2. The original lawsuit by Frances Joyce was filed on June 6, 2011, in the Philadelphia Court of Common Pleas, naming various individuals but not naming my client as a defendant. Thereafter, a Joinder Complaint was filed by an original defendant, Richard Devastey, against my client, Bernard August, Individually and t/a Marisa Mango Real Estate. That Joinder Complaint was not filed un December 21, 2011. Thereafter, my client was served with the Joinder Complaint and ultimately received notice from the Receiver/FDIC, in January 2012, informing them that they could file a claim against Progress Bank on or before May 7, 2012, which claim was timely filed by my client. Specifically, FDIC informed me by correspondence dated February 2012, that a Proof of Claim must be filed on or before May 7, 2012. The Proof of Claim was filed by me on behalf of my client on April 4, 2012.

August 23, 2012
Page 2

---

       3.     At no time prior to the Bar Date of January 26, 2011, was my client on notice of the appointment of the Receiver or of the Bar Date. Importantly, my client was not on notice of a claim against it until a Joinder Complaint was filed on December 21, 2011, against my client. The Joinder Complaint named my client as a defendant in that Joinder Complaint.

      Respectfully, I request that you reconsider the claim by my client against Progress Bank since my client never received notice of the appointment of a Receiver nor did they receive notice of the Bar Date of January 26, 2011, before they were sued in the Joined Complaint on December 21, 2011. Hence, my client never had an opportunity or reason to file a claim against FDIC/Progress Bank of Florida, until after my client was named as a defendant in the Joinder Complaint filed on December 21, 2011.

      If you need any additional information, please contact me. Respectfully, I request that you reconsider the decision to disallow my client's claim as being filed after the Bar Date.

                             Very truly yours,

                               Michael J. Dempsey

MJD;kmd

Encl.

cc:    All Counsel

26/2033819.v1

EXHIBIT "C"

**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**

ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

620 Freedom Business Center, Suite 300 · King of Prussia, PA 19406
(610) 354-8250 · Fax (610) 354-8299

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City

Direct Dial: 610-354-8498
Email: mjdempsey@mdwcg.com

September 11, 2012

**FEDERAL EXPRESS and REGULAR MAIL**

Suzanne Janolino
Federal Deposit Insurance Corporation
7777 Baymeadows Way West
Jacksonville, FL 32256

RE:   10303- Progress Bank of Florida
      Tampa, FL – IN Receivership
      Claimant I.D. No.: NS1030300355
      Our File No.: 21257-00718

Dear Ms. Janolino:

This is a follow up to my correspondence to you dated August 23, 2012, wherein I requested that you reconsider your decision to disallow my client's claim on the basis that it was not filed prior to the bar date and for failure to prove that Claimant, my client, did not receive notice of the appointment of the Receiver in time to file such claim before the bar date.

Kindly accept this correspondence as a request on behalf of my client, Mango & August, Inc., for administrative agency review of the claim, including an administrative hearing pursuant to 12 U.S.C.S. §1821, including but not limited to §1821(d)(6) and §1821(d)(7). I am requesting agency review/administrative review including an administrative hearing of the decision by FDIC to disallow my client's claim in the above noted matter since it is clear that my client had no notice whatsoever of any claim against it until a Joinder Complaint, previously supplied to you, which was time stamped, was filed on December 21, 2011. My client did not receive a copy of that Joinder Complaint until it was served on January 8, 2012. Accordingly, my client never had notice of the January 26, 2011, bar date until long after that date had passed. Additionally, all of the documents provided to you, along with my client's Proof of Claim, indicated the date on which the Joinder Complaint was filed against my client, Mango & August, Inc.(December 21, 2011) and the date that the original Complaint by Francis Joyce was filed against Richard Devastey, et al (June 6, 2011) after which Mr. Devastey filed a Joinder Complaint against my client on December 21, 2011.

My client did not have notice of the appointment of a Receiver nor notice of the bar date of January 26, 2011, until FDIC provided notice to my client on February 7, 2012, informing it that it could file a claim

Suzanne Janolino
September 11, 2012
Page 2

---

against Progress Bank on or before May 7, 2012. My client then filed its claim on April 4, 2012, which you have denied and for which I seek administrative review, agency review/administrative hearing pursuant to 12 U.S.C. §1821 et seq. Again, my client could not have had notice of the appointment of the Receiver and claim Bara Date of January 16, 2011, before that date because a claim (Joinder Complaint) against my client was not served on it until January 8, 2012.

    I would greatly appreciate your contacting me pertaining to my client's request for administrative/agency review and administrative hearing of my client's disallowed claim in the above noted matter. Thank you.

                Sincerely,

                *Michael J. Dempsey*
                Michael J. Dempsey

MJD;kmd

cc:    Lee D. Rosenfeld, Esq.
       Susan J. Wiener, Esq.
       Pauline J. Manos, Esq.
       Jeffrey S. Saltz, Esquire

26/2047323.v1

EXHIBIT "D"

# Civil Docket Report

## Case Description

**Case ID:** 110600031
**Case Caption:** JOYCE VS DEVASTEY ETAL
**Filing Date:** Monday, June 06th, 2011
**Court:** JS - MAJOR JURY-STANDARD
**Location:** CH - City Hall
**Jury:** J - JURY
**Case Type:** 2O - PERSONAL INJURY - OTHER
**Status:** CLLSC - LISTED FOR SETTLEMENT CONF

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| DISCOVERY HEARING | 07-FEB-2012 09:00 AM | CITY HALL | COURTROOM 682 | |
| PROJECTED SETTLEMENT CONF DATE | 01-OCT-2012 09:00 AM | City Hall | Courtroom 443, City Hall | LACHMAN, MARLENE F |
| PROJECTED PRE-TRIAL CONF. DATE | 03-DEC-2012 09:00 AM | City Hall | Courtroom 443, City Hall | LACHMAN, MARLENE F |
| PROJECTED TRIAL DATE | 07-JAN-2013 09:00 AM | City Hall | Courtroom 443, City Hall | LACHMAN, MARLENE F |

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | A76081 | ROSENFELD, LEE D |

| | | | | | |
|---|---|---|---|---|---|
| **Address:** | MESSA & ASSOCIATES PC 123 SOUTH 22ND STREET PHILADELPHIA PA 19103 (215)568-3500 | | **Aliases:** | *none* | |
| 2 | 1 | | PLAINTIFF | @6972289 | JOYCE, FRANCES |
| **Address:** | 6650 DICKS AVENUE PHILADELPHIA PA 19142 | | **Aliases:** | *none* | |
| 3 | 12 | | DEFENDANT | @6972290 | DEVASTEY, RICHARD |
| **Address:** | 5601 CHESTER AVENUE PHILADELPHIA PA 19143 | | **Aliases:** | *none* | |
| 4 | 11 | | DEFENDANT | @6972291 | CITY OF PHILADELPHIA, C/O LAW DEPARTMENT |
| **Address:** | 1515 ARCH ST., 14TH FLOOR PHILADELPHIA PA 19102 | | **Aliases:** | *none* | |
| 5 | | | DEFENDANT | @6972292 | PROGRESS BANK OF FLORIDA C/O FDIC AS RECEIVER PROGRESS BANK |
| **Address:** | 7777 BAYMEADOWS WAY WEST JACKSONVILLE FL 32256 | | **Aliases:** | *none* | |
| 6 | | | DEFENDANT | @6972293 | CROOKS, JEFFREY |
| **Address:** | 6708 DICKS | | **Aliases:** | *none* | |

|   |   |   | | | |
|---|---|---|---|---|---|
|   |   | AVENUE PHILADELPHIA PA 19142 | | | |
| 7 |   |   | DEFENDANT | @6972294 | CROOKS, MARY |
| **Address:** | 66 DICKS AVENUE PHILADELPHIA PA 19142 | | **Aliases:** | *none* | |
| 8 |   |   | DEFENDANT | @6972295 | GLEASON JR, THOMAS |
| **Address:** | 66 SPRINGTON ROAD UPPER DARBY PA 19082 | | **Aliases:** | *none* | |
| 9 |   |   | DEFENDANT | @6972296 | GLEASON, MARY |
| **Address:** | 66 SPRINGTON ROAD UPPER DARBY PA 19082 | | **Aliases:** | *none* | |
| 10 |   | 31-DEC-2011 | TEAM LEADER | J280 | MANFREDI, WILLIAM J |
| **Address:** | 510 CITY HALL PHILADELPHIA PA 19107 (215)686-2606 | | **Aliases:** | *none* | |
| 11 |   |   | ATTORNEY FOR DEFENDANT | A84960 | MANOS, PAULINE J |
| **Address:** | 1515 ARCH STREET 14TH FLOOR PHILADELPHIA PA 19102 (215)683-5420 | | **Aliases:** | *none* | |

| | | | | | |
|---|---|---|---|---|---|
| 12 | | | ATTORNEY FOR DEFENDANT | A65301 | WIENER, SUSAN J |
| **Address:** | LAW OFFICES OF JAMES L. BARLOW 900 E. 8TH AVENUE SUITE 301 KING OF PRUSSIA PA 19406 (610)382-8115 | | **Aliases:** | none | |
| 13 | 15 | | ADDITIONAL DEFENDANT | @7126853 | BERNARD AUGUST, INDIV. AND T/A MARISA MANGO REAL ESTATE |
| **Address:** | 5601 CHESTER AVENUE PHILADELPHIA PA 19143 | | **Aliases:** | none | |
| 14 | | | TEAM LEADER | J408 | LACHMAN, MARLENE F |
| **Address:** | 1413 CRIMINAL JUSTICE CENTER 1301 FILBERT STREET PHILADELPHIA PA 19107 (215)683-7136 | | **Aliases:** | none | |
| 15 | | | ATTORNEY FOR ADDITIONAL DFT | A34454 | DEMPSEY, MICHAEL J |
| **Address:** | 620 FREEDOM BUSINESS CENTER SUITE 300 KING OF PRUSSIA PA 19406 (610)354-8498 | | **Aliases:** | none | |

**Docket Entries**

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 06-JUN-2011 08:50 AM | ACTIV - ACTIVE CASE | | | 06-JUN-2011 09:40 AM |
| Docket Entry: | E-Filing Number: 1106006793 | | | |
| 06-JUN-2011 08:50 AM | CIVIJ - COMMENCEMENT CIVIL ACTION JURY | ROSENFELD, LEE D | | 06-JUN-2011 09:40 AM |
| Docket Entry: | none. | | | |
| 06-JUN-2011 08:50 AM | CMPLT - COMPLAINT FILED NOTICE GIVEN | ROSENFELD, LEE D | | 06-JUN-2011 09:40 AM |
| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| 06-JUN-2011 08:50 AM | SSCG7 - SHERIFF'S SURCHARGE 7 DEFTS | ROSENFELD, LEE D | | 06-JUN-2011 09:40 AM |
| Docket Entry: | none. | | | |
| 06-JUN-2011 08:50 AM | JURYT - JURY TRIAL PERFECTED | ROSENFELD, LEE D | | 06-JUN-2011 09:40 AM |
| Docket Entry: | 12 JURORS REQUESTED. | | | |
| 06-JUN-2011 08:50 AM | CLWCM - WAITING TO LIST CASE MGMT CONF | ROSENFELD, LEE D | | 06-JUN-2011 09:40 AM |
| Docket Entry: | none. | | | |

| 16-JUN-2011 12:00 PM | ENAPP - ENTRY OF APPEARANCE FILED | MANOS, PAULINE J | | 16-JUN-2011 12:14 PM |
|---|---|---|---|---|
| **Docket Entry:** | ENTRY OF APPEARANCE OF PAULINE J MANOS FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA, C/O LAW DEPARTMENT) | | | |
| | | | | |
| 16-JUN-2011 12:00 PM | JURYT - JURY TRIAL PERFECTED | | | 16-JUN-2011 12:14 PM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| | | | | |
| 16-JUN-2011 12:00 PM | CTYSF - CITY CHARGE SUBSEQUENT FILINGS | MANOS, PAULINE J | | 16-JUN-2011 12:14 PM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 16-JUN-2011 03:10 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | ROSENFELD, LEE D | | 16-JUN-2011 03:12 PM |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON MARY CROOKS, JEFFREY CROOKS AND CITY OF PHILADELPHIA, C/O LAW DEPARTMENT BY PERSONAL SERVICE ON 06/13/2011 FILED. (FILED ON BEHALF OF FRANCES JOYCE) | | | |
| | | | | |
| 23-JUN-2011 10:35 AM | CMREI - PRAECIPE TO REINSTATE CMPLT | ROSENFELD, LEE D | | 23-JUN-2011 10:35 AM |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF FRANCES JOYCE) ENTRY OF APPEARANCE FILED ON BEHALF OF FRANCES JOYCE. | | | |
| | | | | |
| 18-JUL-2011 05:17 PM | ANCOM - ANSWER TO COMPLAINT FILED | MANOS, PAULINE J | | 19-JUL-2011 09:18 AM |
| **Docket Entry:** | ANSWER WITH NEW MATTER AND CROSSCLAIM TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA, C/O LAW DEPARTMENT) | | | |

| | | | | |
|---|---|---|---|---|
| 18-JUL-2011 05:17 PM | JURYT - JURY TRIAL PERFECTED | | | 19-JUL-2011 09:18 AM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| 18-JUL-2011 05:17 PM | CTYSF - CITY CHARGE SUBSEQUENT FILINGS | MANOS, PAULINE J | | 19-JUL-2011 09:18 AM |
| **Docket Entry:** | none. | | | |
| 20-JUL-2011 08:40 AM | CMREI - PRAECIPE TO REINSTATE CMPLT | ROSENFELD, LEE D | | 20-JUL-2011 08:44 AM |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF FRANCES JOYCE) | | | |
| 29-JUL-2011 07:02 AM | AFDVT - AFFIDAVIT OF SERVICE FILED | ROSENFELD, LEE D | | 29-JUL-2011 09:01 AM |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON THOMAS GLEASON AND MARY GLEASON BY PERSONAL SERVICE ON 07/21/2011 FILED. (FILED ON BEHALF OF FRANCES JOYCE) | | | |
| 11-AUG-2011 01:28 PM | CMREI - PRAECIPE TO REINSTATE CMPLT | ROSENFELD, LEE D | | 11-AUG-2011 01:34 PM |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF FRANCES JOYCE) | | | |
| 17-AUG-2011 02:04 PM | CLLCM - LISTED FOR CASE MGMT CONF | | | 17-AUG-2011 02:04 PM |
| **Docket Entry:** | none. | | | |
| 19-AUG-2011 | CLNGV - NOTICE | | | 19-AUG-2011 |

| | | | | |
|---|---|---|---|---|
| 12:32 AM | GIVEN | | | 12:32 AM |
| **Docket Entry:** | *none.* | | | |
| 31-AUG-2011 08:00 AM | CMREI - PRAECIPE TO REINSTATE CMPLT | ROSENFELD, LEE D | | 31-AUG-2011 08:23 AM |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF FRANCES JOYCE) | | | |
| 01-SEP-2011 01:19 PM | CLCPG - CONTINUANCE BY PLF GRANTED | | | 01-SEP-2011 01:19 PM |
| **Docket Entry:** | *none.* | | | |
| 01-SEP-2011 01:19 PM | CLLCM - LISTED FOR CASE MGMT CONF | | | 01-SEP-2011 01:19 PM |
| **Docket Entry:** | *none.* | | | |
| 03-SEP-2011 12:33 AM | CLNGV - NOTICE GIVEN | | | 03-SEP-2011 12:33 AM |
| **Docket Entry:** | *none.* | | | |
| 22-SEP-2011 02:56 PM | CMREI - PRAECIPE TO REINSTATE CMPLT | ROSENFELD, LEE D | | 22-SEP-2011 03:11 PM |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF FRANCES JOYCE) | | | |
| 12-OCT-2011 02:19 PM | CMREI - PRAECIPE TO REINSTATE CMPLT | ROSENFELD, LEE D | | 12-OCT-2011 02:20 PM |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF FRANCES JOYCE) | | | |
| 24-OCT-2011 11:21 AM | CLCCC - CASE MGMT CONFERENCE COMPLETED | PELLETREAU, CHARLES | | 24-OCT-2011 11:21 AM |
| **Docket Entry:** | none. | | | |
| 24-OCT-2011 11:21 AM | CMOIS - CASE MANAGEMENT ORDER ISSUED | | | 24-OCT-2011 11:21 AM |
| **Docket Entry:** | CASE MANAGEMENT ORDER STANDARD TRACK - AND NOW, 24-OCT-2011, it is Ordered that: 1. The case management and time standards adopted for standard track cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 04-SEP-2012. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 04-SEP-2012. 4. Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 01-OCT-2012. 5. All pre-trial motions shall be filed not later than 01-OCT-2012. 6. A settlement conference may be scheduled at any time after 01-OCT-2012. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;(b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount; (c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 03-DEC-2012. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant; (b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial; (c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial; (d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future | | | |

| | | | | |
|---|---|---|---|---|
| | lost earning capacity or medical expenses together with any other unliquidated damages claimed; and (e) Defendant shall state in position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability; (f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 07-JAN-2013, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. ...BY THE COURT: WILLIAM MANFREDI, J. | | | |
| 24-OCT-2011 11:21 AM | CLLSC - LISTED FOR SETTLEMENT CONF | | | 24-OCT-2011 11:21 AM |
| **Docket Entry:** | *none.* | | | |
| 24-OCT-2011 11:21 AM | CLLPT - LISTED FOR PRE-TRIAL CONF | | | 24-OCT-2011 11:21 AM |
| **Docket Entry:** | *none.* | | | |
| 24-OCT-2011 11:21 AM | CLLTR - LISTED FOR TRIAL | | | 24-OCT-2011 11:21 AM |
| **Docket Entry:** | *none.* | | | |
| 24-OCT-2011 11:21 AM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 24-OCT-2011 02:16 PM |
| **Docket Entry:** | NOTICE GIVEN ON 24-OCT-2011 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 24-OCT-2011. | | | |
| 31-OCT-2011 02:37 PM | ENAPP - ENTRY OF APPEARANCE FILED | WIENER, SUSAN J | | 31-OCT-2011 02:56 PM |
| **Docket Entry:** | ENTRY OF APPEARANCE OF SUSAN J WIENER FILED. (FILED ON BEHALF OF RICHARD DEVASTEY) | | | |
| 16-NOV-2011 | AFDVT - AFFIDAVIT | ROSENFELD, | | 16-NOV-2011 |

| | | | | |
|---|---|---|---|---|
| 10:55 AM | OF SERVICE FILED | LEE D | | 12:06 PM |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON RICHARD DEVASTEY BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 10/29/2011 FILED. (FILED ON BEHALF OF FRANCES JOYCE) | | | |
| 14-DEC-2011 09:30 AM | ANCOM - ANSWER TO COMPLAINT FILED | WIENER, SUSAN J | | 14-DEC-2011 09:32 AM |
| **Docket Entry:** | ANSWER WITH NEW MATTER AND CROSSCLAIM TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF RICHARD DEVASTEY) | | | |
| 15-DEC-2011 11:36 AM | RPNMT - REPLY TO NEW MATTER | ROSENFELD, LEE D | | 15-DEC-2011 11:37 AM |
| **Docket Entry:** | REPLY TO NEW MATTER OF RICHARD DEVASTEY FILED. (FILED ON BEHALF OF FRANCES JOYCE) | | | |
| 21-DEC-2011 08:33 AM | CMPJC - JOINDER COMPLAINT FILED | WIENER, SUSAN J | | 21-DEC-2011 10:06 AM |
| **Docket Entry:** | JOINDER COMPLAINT AGAINST BERNARD AUGUST, INDIV. AND T/A MARISA MANGO REAL ESTATE WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF RICHARD DEVASTEY) | | | |
| 08-JAN-2012 09:23 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | | | 10-JAN-2012 10:19 AM |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF JOINDER COMPLAINT UPON BERNARD AUGUST, INDIV. AND T/A MARISA MANGO REAL ESTATE BY PERSONAL SERVICE ON 12/30/2011 FILED. | | | |
| 16-JAN-2012 09:56 AM | ENAPP - ENTRY OF APPEARANCE FILED | DEMPSEY, MICHAEL J | | 17-JAN-2012 11:23 AM |
| **Docket Entry:** | ENTRY OF APPEARANCE OF MICHAEL J DEMPSEY FILED. (FILED ON BEHALF OF BERNARD AUGUST, INDIV. AND T/A MARISA MANGO REAL ESTATE) | | | |
| 16-JAN-2012 09:56 AM | JURYT - JURY TRIAL PERFECTED | | | 17-JAN-2012 11:23 AM |
| **Docket** | 12 JURORS REQUESTED. | | | |

| Entry: | | | | |
|---|---|---|---|---|
| 18-JAN-2012 02:31 PM | DSCIM - DISCOVERY HEARING REQST FILED | WIENER, SUSAN J | | 18-JAN-2012 02:36 PM |
| **Docket Entry:** | DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO COMPEL ANSWERS AND PRODUCTION OF DOCUMENTS. HEARING SCHEDULED FOR: FEBRUARY 07, 2012 AT 09:00 IN ROOM 682 CITY HALL. (FILED ON BEHALF OF RICHARD DEVASTEY) | | | |
| 26-JAN-2012 10:10 AM | ANCOM - ANSWER TO COMPLAINT FILED | DEMPSEY, MICHAEL J | | 26-JAN-2012 10:16 AM |
| **Docket Entry:** | ANSWER WITH NEW MATTER TO RICHARD DEVASTEY JOINDER COMPLAINT FILED. (FILED ON BEHALF OF BERNARD AUGUST, INDIV. AND T/A MARISA MANGO REAL ESTATE) | | | |