IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS JOYCE | CIVIL ACTION |
| Plaintiff | No. 12-0834 |
| v. | |
| RICHARD DEVASTEY, et al. | |
| Defendants | |

**ORDER**

AND NOW, this _____ day of _____, 2012, upon consideration of the Motion to Dismiss of Defendant Federal Deposit Insurance Corporation, as Receiver for Progress Bank of Florida ("FDIC-R"), all responses thereto, and the Notice of Withdrawal in Part of the Motion to Dismiss of FDIC-R it is hereby ORDERED that the Motion is GRANTED.  All claims submitted against the FDIC-R by Plaintiff Francis Joyce and Defendant City of Philadelphia only are dismissed with prejudice.

BY THE COURT:

_____
J.