IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS JOYCE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD DEVASTEY, ET AL., | : | |
| Defendants. | : | NO.: 12-00834 |

## NOTICE OF STATUS CONFERENCE

Filed:   January 3, 2013

Please be advised that a telephone status conference has been scheduled in the above matter by Judge Lawrence F. Stengel for **Tuesday January 15, 2013 at 2:00 p.m.**   Plaintiff's counsel will initiate the conference call with all counsel, with Judge Stengel's law clerk at 267-299-7764 and with Judge Stengel in the Reading chambers at 610-320-5006.

For the Court,

 /s/ Patricia A. Cardella
Patricia A. Cardella
Deputy Clerk to Judge Lawrence F. Stengel

Copies e-mailed to the
following counsel on January 3, 2013:

Lee Rosenfeld, Esquire
Lisa B. Wershaw, Esquire
Michael J. Dempsey, Esquire
Pauline J. Manor, Esquire
Susan J. Wiener, Esquire