IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS JOYCE,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 12-834 |
| | : | |
| **RICHARD DEVASTEY, et al.,** | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this   16th   day of January, 2013, after a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that:

1. Discovery limited to the issue of determining the location of the plaintiff's accident shall be completed by **Monday, March 18, 2013**.

2. A telephone status conference will be conducted from the Reading chambers on **Tuesday, March 12, 2013 at 9:30 a.m.**  Counsel for the plaintiff shall initiate the call, and include the Reading chambers (610-320-5006) and the law clerk (267-299-7764).

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.