## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS JOYCE,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 12-834** |
| | : | |
| **RICHARD DEVASTEY, et al.,** | : | |
| **Defendants** | : | |

### O R D E R

**AND NOW,** this    16th    day of January, 2013, after consideration of Defendant

FDIC's motion to dismiss the claims brought against it by the plaintiff and the City of

Philadelphia (Document #10), the responses thereto, and after a status conference with

counsel, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that all claims and cross claims filed by the plaintiff

and the City of Philadelphia against the FDIC as Receiver for Progress Bank of Florida

are DISMISSED with prejudice.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.