IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS JOYCE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD DEVASTEY, ET AL., | : | |
| Defendants. | : | NO.: 12-00834 |

FILED
JAN 1 8 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

**AND NOW**, this 17th day of January, 2013, following a status conference with counsel on January 15, 2013, it is hereby

**ORDERED** that the Clerk of Court return this action to the active file docket.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.