IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS JOYCE,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 12-834** |
| | : | |
| **RICHARD DEVASTEY, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this   13th   day of February, 2013, after consideration of Defendant Mango & August, Inc.'s uncontested motion for leave to amend its answer, originally filed in the Court of Common Pleas of Philadelphia County (Document #23), IT IS HEREBY ORDERED that the motion is GRANTED.

The Clerk of Court is directed to file the proposed amended answer to the joinder complaint attached to the motion as Exhibit D.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.