IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS JOYCE | CIVIL ACTION |
| Plaintiff | No. 12-0834 |
| v. | |
| RICHARD DEVASTEY, et al. | |
| Defendants | |

**ANSWER OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR PROGRESS BANK OF FLORIDA
TO CROSS CLAIM OF ADDITIONAL DEFENDANT MANGO & AUGUST, INC.**

Defendant Federal Deposit Insurance Corporation ("FDIC") as Receiver for Progress Bank of Florida ("FDIC-R"), by its counsel, hereby answers the Cross Claim of Additional Defendant Mango & August, Inc. ("Mango & August") as follows:

29.  Denied.

### First Defense

The Cross Clam fails to state a claim upon which relief can be granted against FDIC-R.

### Second Defense

Mango & August's Cross Claim is barred in whole or in part by Mango & August's own consent.

### Third Defense

Mango & August has failed to mitigate its damages if any.

**Fourth Defense**

Mango & August's Cross Claim is barred in whole or in part by Mango & August's contributory or comparative negligence.

**Fifth Defense**

Mango & August's Cross Claim is barred by its assumption of the risk.

**Sixth Defense**

Mango & August's Cross Claim is barred in whole or in part by the applicable statute of limitations.

**Seventh Defense**

Mango & August's remedies against the FDIC-R are limited as set forth in the Financial Institutions Reform, Recovery and Enforcement Act of 1989 ("FIRREA"), 12 U.S.C. § 1821(d)(2)(A)(ii), (B) & (E).

WHEREFORE, the FDIC-R requests that judgment be entered in its favor and against Mango & August on its Cross Claim.

 s/Lisa B. Wershaw<br>
Jeffrey S. Saltz<br>
Lisa B. Wershaw<br>
Attorneys for Defendant FDIC-R

LAW OFFICE OF JEFFREY S. SALTZ, P.C.
Two Penn Center Plaza, Suite 1930
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 523-5317

Dated: February 21, 2013