## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2013, I caused the foregoing Answer of Defendant Federal Deposit Insurance Corporation as Receiver for Progress Bank of Florida to Cross Claim of Additional Defendant Mango & August, Inc. to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document on Lee D. Rosenfeld, Esquire, counsel for Plaintiff, Susan J. Wiener, Esquire, counsel for Defendant Richard Devastey, Pauline J. Manos, Esquire, counsel for Defendant City of Philadelphia, and Michael J. Dempsey, Esquire, counsel for Additional Defendant Mango & August, Inc. and that on the same date I caused a paper copy to be served on all other parties to this action by First Class Mail as follows:

Jeffrey Crooks
6708 Dicks Avenue
Philadelphia, PA 19142

Thomas Gleason, Jr.
66 Springton Road
Upper Darby, PA  19082

Mary Crooks
6708 Dicks Avenue
Philadelphia, PA 19142

Mary Gleason
66 Springton Road
Upper Darby, PA  19082

  s/ Lisa B. Wershaw
Lisa B. Wershaw