## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS JOYCE | : | CIVIL ACTION |
| v. | : | |
| RICHARD DEVASTEY, et al | : | Case No.: 2:12-cv-00834-LS |

### PRAECIPE TO ATTACH

**TO THE CLERK OF COURT:**

Kindly file and attach the First Page of the Amended Answer, New Matter and New Matter Crossclaims of Additional Defendant, Mango & August, Inc. (Incorrectly Identified as Bernard August, Individually and t/a Marisa Mango Real Estate) to the Joinder Complaint of Defendant, Richard Devastey, filed on February 13, 2013, to correctly identify the Federal Court caption thereby replacing the previous State Court Caption for same.

By: *Michael J. Dempsey, Esquire*
MICHAEL J. DEMPSEY, ESQUIRE

Date: 2/21/2013

26/2171931.v1

**TO ALL PARTIES:**

You are hereby notified to plead to the enclosed  New Matter and New Matter/Crossclaim  within twenty (20) days from service hereof or a Default Judgment may be entered against you.

*Michael J. Dempsey, Esq.*
MICHAEL J. DEMPSEY, ESQ.

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOOGIN**
BY:    MICHAEL J. DEMPSEY, ESQUIRE
IDENTIFICATION NO.:  34454
620 Freedom Business Center, Suite 300
King of Prussia, PA   19406
(610) 354-8498 (610) 354-8299 (FAX)
Attorney for Bernard August, Ind. And t/a Marisa Mango Real Estate

IN THE  UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS JOYCE | : | CIVIL ACTION |
| v. | : | |
| RICHARD DEVASTEY, et al | : | Case No.: 2:12-cv-00834-LS |

**AMENDED ANSWER, NEW MATTER AND NEW MATTER CROSSCLAIMS OF
ADDITIONAL DEFENDANT, MANGO AND AUGUST, INC.
(INCORRECT IDENTIFIED AS BERNARD AUGUST,
INDIVIDUALLY AND T/A MARISA MANGO REAL ESTATE)
TO JOINDER COMPLAINT OF DEFENDANT, RICHARD DEVASTEY**

1. Admitted in part; denied in part.  It is admitted that Plaintiff, Frances Joyce, filed a Complaint against Defendant, Richard Devastey and other parties.  Answering Additional Defendant denies any and all liability to any parties in Plaintiff's Complaint. By way of further Answer, Answering Additional Defendant incorporates herein by reference, his Answer to the