UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCES JOYCE  **Plaintiff,**  v.  RICHARD DEVASTEY, ET AL  **Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  NO. 12-CV-834<br>: |

### REPLY ON BEHALF OF DEFENDANT, RICHARD DEVASTEY TO AMENDED CROSSCLAIM OF ADDITIONAL DEFENDANT, MANGO & AUGUST, INC. (INCORRECTLY IDENTIFIED AS BARNARD AUGUST)

### REPLY TO NEW MATTER

1-27.   Denied.  The allegations contained in these paragraphs contain conclusions of law to which no response is required.  To the extent same are deemed factual in nature, they are specifically denied and strict proof is demanded at trial, if relevant.  By way of further answer, Defendant incorporates his Answer to Plaintiff's Complaint with New Matter and the Joinder Complaint as if fully set forth herein at length.

WHEREFORE, Answering Defendant, Richard Devasety, demands judgment in his favor and against all other parties, together with costs, attorney's fees and other such relief as this Court deems just and appropriate.

### REPLY TO CROSS CLAIM

28.   Defendant incorporates his Answer to Plaintiff's Complaint with New Matter and the Joinder Complaint as if fully set forth herein at length.

29. Denied. The allegations contained in this paragraph contain conclusions of law to which no response is required. To the extent same are deemed factual in nature, they are specifically denied and strict proof is demanded at trial, if relevant

WHEREFORE, Answering Defendant, Richard Devasety, demands judgment in his favor and against all other parties, together with costs, attorney's fees and other such relief as this Court deems just and appropriate.

                LAW OFFICES OF JAMES L. BARLOW

By: _____
     SUSAN J. WIENER, ESQUIRE
     Attorney for Defendant,
     Richard Devasety

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Reply to New Matter Crossclaim was served electronically, this ___26___ day of February, 2013 upon the following counsel of record:

>Lee D. Rosenfeld, Esquire
>Messa & Associates, PC
>123 South 22nd Street
>Philadelphia PA  19103
>
>ATTORNEY FOR PLAINTIFF,
>FRANCES JOYCE
>
>Jeffrey Crooks
>Mary Crooks
>6708 Dicks Avenue
>Philadelphia PA 19142
>
>Thomas Gleason, Jr.
>Mary Gleason
>66 Springton Road
>Upper Darby PA 19082
>
>Pauline J. Manos, Esquire
>1515 Arch Street
>14th Floor
>Philadelphia PA  19102
>
>ATTORNEY FOR CO-DEFENDANT,
>CITY OF PHILADELPHIA
>
>Michael Dempsey, Esquire
>Marshall Dennehey Warner Coleman & Goggin
>620 Freedom Business Center
>Suite 300
>King of Prussia, PA 19406-1330
>
>ATTORNEY FOR CO-DEFENDANT,
>MANGO & AUGUST, INC.

Jeffrey S. Saltz, Esquire
Law Office of Jeffrey S. Saltz, P.C.
Two Penn Center
Suite 1930
1500 JFK Blvd.
Philadelphia PA 19102

ATTORNEY FOR DEFENDANT,
PROGRESS BANK OF FLORIDA,
C/O FDIC AS RECEIVER

and on all other counsel of record and unrepresented parties on the attached list by United States Mail, First Class postage prepaid.

Dated: February 26, 2013

_____
SUSAN J. WIENER, ESQUIRE