IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS JOYCE,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | **NO. 12-834** |
| | : | |
| **RICHARD DEVASTEY, et al.,** | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this   21st   day of March, 2013, after a status conference with counsel, it is hereby **ORDERED** that all discovery shall be completed by **Friday, April 19, 2013.**

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.