IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS JOYCE,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 12-834** |
| | : | |
| **RICHARD DEVASTEY, et al.,** | : | |
| **Defendants** | : | |

## A M E N D E D   O R D E R

**AND NOW,** this 27th day of March, 2013, my previous Order dated March 21, 2013 (Document #30) is AMENDED as follows:

After a status conference with counsel, it is hereby **ORDERED** that:

1. The plaintiff shall answer the outstanding written discovery by **Friday, April 5, 2013.**

2. The deposition of the plaintiff shall be conducted on or before **Friday, April 19, 2013.**

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.
