IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS JOYCE | CIVIL ACTION |
| Plaintiff | No. 12-0834 |
| v. | |
| RICHARD DEVASTEY, et al. | |
| Defendants | |

**FILED**
JUN 10 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**STIPULATION OF DISMISSAL OF CLAIMS AND CROSS CLAIMS AGAINST DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PROGRESS BANK OF FLORIDA AND REMAND TO STATE COURT**

It is hereby stipulated by and between the undersigned counsel that all claims and cross claims against Defendant Federal Deposit Insurance Corporation as Receiver for Progress Bank of Florida are dismissed with prejudice.

As there is no further basis for federal jurisdiction, the case is remanded to the Philadelphia County Court of Common Pleas.

s/Lee D. Rosenfield, Esquire
Lee D. Rosenfield, Esquire
Attorney for Plaintiff

s/Susan J. Wiener, Esquire
Susan J. Wiener, Esquire
Attorney for Defendant Richard Devastey

s/Pauline J. Manos, Esquire
Pauline J. Manos, Esquire
Attorney for Defendant City of Philadelphia

s/Michael J. Dempsey, Esquire
Michael J. Dempsey, Esquire
Attorney for Defendant Mango & August, Inc.

s/Lisa B. Wershaw, Esquire
Lisa B. Wershaw, Esquire
Attorney for Defendant Federal Deposit Insurance Corporation as Receiver for Progress Bank of Florida

APPROVED AND SO ORDERED

_____ J.
6/10/13